**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Bennett Avram Heyman   BK NO. 20-02612 RNO
     Sara Nicole Heyman aka Sara Kraus
                 Debtor(s)   Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                /s/ *Rebecca A. Solarz*
                                Rebecca Solarz
                                27 Oct 2020, 10:00:36, EDT

                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322