# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Bennett Avram Heyman**
**Sara Nicole Heyman aka Sara Kraus**
**Debtor(s)**

**BK NO. 20-02612 RNO**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

Date: 11/19/2020

Respectfully submitted,

/s/ Robert Wendt, Esquire

By: Robert Wendt, Esquire
rwent@leopoldassociates.com
Attorney ID No: 89150
Leoopld & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, NY 10504
(914) 219-5787
Attorney for Movant