IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>BENNETT AVRAM HEYMAN and<br>SARA NICOLE HEYMAN,<br><br>Debtor(s) | CHAPTER: 13<br><br><br><br>CASE NO. 5-20-bk-02612 |

## WITHDRAWAL OF DEBTORS' MOTION TO RESCHEDULE CONFIRMATION HEARING

Bennett Avram Heyman and Sara Nicole Heyman, Debtors, by and through their attorney, Stephen J. Palopoli III, withdraw their Motion To Reschedule Confirmation Hearing of their Chapter 13 Plan which is currently scheduled for December 2, 2020.

Respectfully submitted,

Dated: November 25, 2020          By: ____/s/_Stephen J. Palopoli_____
                                         Stephen J. Palopoli III, Esquire
                                         ID No. 53647
                                         1125 S. Cedar Crest Blvd., Suite 205
                                         Allentown, PA 18103
                                         610-391-2722
                                         Attorney for Debtors