United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02612-RNO
Bennett Avram Heyman  Chapter 13
Sara Nicole Heyman
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 09, 2020     Form ID: pdf010     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Robert Wendt, Esquire, Leopold & Associates, PLLC, 80 Business Park Drive, Suite 110, Armonk, New York 10504-1704 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Fred W Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Stephen J Palopoli, III | on behalf of Debtor 2 Sara Nicole Heyman s.palopoli@verizon.net betsylavelle@yahoo.com |
| Stephen J Palopoli, III | |

on behalf of Debtor 1 Bennett Avram Heyman s.palopoli@verizon.net betsylavelle@yahoo.com

Thomas Song

on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE: Bennett Avram Heyman, Sara Nicole Heyman<br>Debtors(s) | |
| Toyota Motor Credit Corporation<br>Movant<br>v.<br>Bennett Avram Heyman, Sara Nicole Heyman<br>Respondent<br>and<br>Charles J DeHart<br>Additional Respondent | BK NO. 20-02612-rno<br><br>CHAPTER 13 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation , reviewed the file herein and after Notice and an opportunity for a hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2013 Ford Explorer with VIN 1FM5K8F82DGA65131 in a commercially reasonable manner.

Dated:   December 9, 2020

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge   (PAR)