IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BENNETT AVRAM HEYMAN and | : | BANKRUPTCY NO. 20-02612 (RNO) |
| SARA NICOLE HEYMAN, | : | |
| Debtors | : | CHAPTER 13 |

CERTIFICATE OF NO RESPONSE

I, Stephen J. Palopoli III, Esquire, attorney for Bennett Avram Heyman and Sara Nicole Heyman, do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the court, in response to the NOTICE OF FILING OF FIRST AMENDED CHAPTER 13 PLAN AND CONFIRMATIN HEARING .

Dated:   January 5, 2021

_____/s/ Stephen J. Palopoli_____
Stephen J. Palopoli, III, Esquire
Attorney for Debtors
1125 S. Cedar Crest Blvd., Suite 205
Allentown, PA 18103
Attorney ID 53647