UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BENNETT AVRAM HEYMAN  CHAPTER 13
SARA NICOLE HEYMAN
AKA: SARA KRAUS

      Debtor(s)

CASE NO: 5-20-02612-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant
vs.

BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN
AKA: SARA KRAUS

## CERTIFICATION OF DEFAULT

AND NOW, on March 19, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that Debtor(s) have not complied with the Order filed March 3, 2021 as docket entry # 46.

WHEREFORE, the Trustee requests that confirmation be denied.

                                          Respectfully Submitted,
                                          s/ Vickie Williams
                                          for Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated: March 19, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN
AKA: SARA KRAUS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-20-02612-RNO

CERTIFICATION OF DEAULT/NON COMPLIANCE

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 19, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| STEPHEN J PALOPOLI, III, ESQ<br>1125 S CEDAR CREST<br>SUITE 205<br>ALLENTOWN, PA  18103- | SERVED ELECTRONICALLY |
| BENNETT AVRAM HEYMAN<br>SARA NICOLE HEYMAN<br>147 JAMESTOWN STREET<br>LEHIGHTON, PA  18235-1449 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 19, 2021

Respectfully submitted,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com