# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN AKA: SARA KRAUS     CHAPTER 13
          Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE     CASE NO: 5-20-02612-HWV
          Movant
vs.
BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN AKA: SARA KRAUS
          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 29, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on November 30, 2020.

2. An Order was entered on March 23, 2021 denying confirmation of the amended plan.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

          Respectfully submitted,

          s/    Agatha R. McHale, Esq.
          Id:    47613
          Attorney for Trustee
          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          Ste. A, 8125 Adams Drive
          Hummelstown, PA    17036
          Ph.    717-566-6097
          Fax. 717-566-8313
          eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN
AKA: SARA KRAUS    CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III    CASE NO: 5-20-02612-HWV
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court          Date:  May 5, 2021
Max Rosenn U.S. Courthouse
Courtroom #2                   Time:  09:30 AM
197 S. Main Street
Wilkes Barre, PA

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  March 29, 2021

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BENNETT AVRAM HEYMAN<br>SARA NICOLE HEYMAN AKA: SARA KRAUS<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>BENNETT AVRAM HEYMAN<br>SARA NICOLE HEYMAN AKA: SARA KRAUS<br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-20-02612-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 29, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN J PALOPOLI, III, ESQ<br>1125 S CEDAR CREST<br>SUITE 205<br>ALLENTOWN, PA   18103- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| BENNETT AVRAM HEYMAN<br>147 JAMESTOWN STREET<br>LEHIGHTON, PA   18235-1449 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   March 29, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN
AKA: SARA KRAUS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

BENNETT AVRAM HEYMAN
SARA NICOLE HEYMAN
AKA: SARA KRAUS

Respondent(s)

CHAPTER 13

CASE NO: 5-20-02612-HWV

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.