United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bennett Avram Heyman  
Sara Nicole Heyman  
    Debtors

Case No. 20-02612-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 05, 2021     Form ID: ordsmiss     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bennett Avram Heyman, Sara Nicole Heyman, 147 Jamestown Street, Lehighton, PA 18235-1449 |
| aty | + | Robert P. Wendt, Leopold & Associates, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 5356070 | | Ford Services/Citi CBN, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 5356063 | | Heyman Bennett Avram, 147 Jamestown St, Lehighton, PA 18235-1449 |
| 5356064 | | Heyman Sara Nicole, 147 Jamestown St, Lehighton, PA 18235-1449 |
| 5356065 | | Law Offices of Stephen J Palopoli III, 1125 S Cedar Crest Blvd Ste 205, Allentown, PA 18103-7903 |
| 5356074 | | Myriad Women's Health, Inc., 180 Kimball Way, South San Francisco, CA 94080-6218 |
| 5356075 | | Otorhinolaryngology Assoc., 217 Franklin Ave, Palmerton, PA 18071-1521 |
| 5356076 | | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5372553 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 5356081 | | SGF, 9600 Blackwell Rd Ste 500, Rockville, MD 20850-3783 |
| 5356080 | | Sebelin & Sebelin P.C., 301 S 3rd St, Lehighton, PA 18235-2181 |
| 5356082 | | St Luke's University Health Network, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 5356083 | | St. Luke's Hospital, PO Box 8500, Philadelphia, PA 19178-8500 |
| 5366475 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 05 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356759 | | EDI: GMACFS.COM | May 05 2021 22:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5356066 | | EDI: GMACFS.COM | May 05 2021 22:48:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 5366309 | | EDI: BECKLEE.COM | May 05 2021 22:48:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5356067 | | EDI: AMEREXPR.COM | May 05 2021 22:48:00 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5356068 | | EDI: CAPITALONE.COM | May 05 2021 22:48:00 | Capital One Bank USA, NA, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5365399 | | EDI: CAPITALONE.COM | May 05 2021 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5370908 | | EDI: CITICORP.COM | May 05 2021 22:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5356069 | | EDI: CITICORP.COM | May 05 2021 22:48:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5356071 | | EDI: IRS.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 05 2021 22:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5362387 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 05 2021 18:48:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 5356072 | | Email/Text: key_bankruptcy_ebnc@keybank.com | May 05 2021 18:48:00 | KeyBank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 5356073 | | Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 18:48:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5358718 | | Email/Text: ktramble@lendmarkfinancial.com | May 05 2021 18:48:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5371559 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:23:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5356077 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 18:48:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 5356078 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 18:48:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5356079 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 18:48:00 | PNC Bank, NA, 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 5364898 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 18:48:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 5370763 | | EDI: PRA.COM | May 05 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5356084 | | EDI: RMSC.COM | May 05 2021 22:48:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5356085 | | EDI: RMSC.COM | May 05 2021 22:48:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5356099 | + | EDI: RMSC.COM | May 05 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356086 | | EDI: TFSR.COM | May 05 2021 22:48:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 5402829 | | EDI: BL-TOYOTA.COM | May 05 2021 22:48:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5356087 | | EDI: VERIZONCOMB.COM | May 05 2021 22:48:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 5371820 | | EDI: AIS.COM | May 05 2021 22:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5356088 | | EDI: WFFC.COM | May 05 2021 22:48:00 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 5360139 | | EDI: WFFC.COM | May 05 2021 22:48:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5360140 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Stephen J Palopoli, III | on behalf of Debtor 2 Sara Nicole Heyman s.palopoli@verizon.net betsylavelle@yahoo.com |
| Stephen J Palopoli, III | on behalf of Debtor 1 Bennett Avram Heyman s.palopoli@verizon.net betsylavelle@yahoo.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bennett Avram Heyman,<br>**Debtor 1**<br><br>Sara Nicole Heyman,<br>aka Sara Kraus,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:20−bk−02612−HWV |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 5, 2021

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)